IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA for the use
of KIMO CONSTRUCTORS, INC., a New
Mexico corporation,

    Plaintiff,

vs.            No. 1:19-cv-00565-SWS-MLC

THE OHIO CASUALTY INSURANCE COMPANY,
a New Hampshire corporation, E-CORP, a Utah
corporation, SHIVER SOUTHWEST LLC, a New Mexico
limited liability company, JAKE SHIVER, an individual,
and JAMIE SHIVER, an individual all jointly and
severally,

## STIPULATED DISMISSAL OF DEFENDANT E-CORP AND OHIO CASUALTY INSURANCE COMPANY

  Plaintiff Kimo Constructors, Inc. and Defendants E-CORP and Ohio Casualty Insurance Company stipulate that Defendants E-CORP and Ohio Casualty Insurance Company be and are hereby dismissed as Defendants in the above matter with prejudice.

  Shiver Southwest, LLC, Jake Shiver and Jamie Shiver remain Defendants in the matter.

            Respectfully submitted by:

BINGHAM, HURST & APODACA, P.C.

_/s/ Wayne E. Bingham_
Wayne E. Bingham
Counsel for Plaintiff
2420 Comanche NE, Ste. H-6
Albuquerque, NM 87107
Telephone: (505) 881-4545
wbingham@binghamhurst.com

MCNEILL VONMAACK

/s/ Kennedy D. Nate (electronically 12/4/19)
Kennedy D. Nate
Counsel for E-CORP and Ohio Casualty
 Insurance Company
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: (801) 823.6478
nate@mvmlegal.com