IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA for the use
of KIMO CONSTRUCTORS, INC., a New
Mexico corporation,

        Plaintiff,

vs.                      No. 1:19-cv-00565-SWS-MLC

THE OHIO CASUALTY INSURANCE COMPANY,
a New Hampshire corporation, E-CORP, a Utah
corporation, SHIVER SOUTHWEST LLC, a New Mexico
limited liability company, JAKE SHIVER, an individual,
and JAMIE SHIVER, an individual all jointly and
severally,

        Defendants.

## STIPULATED DISMISSAL WITH PREJUDICE

The above matter having been resolved between Plaintiff and Defendant Shiver Southwest, LLC and Defendants Jake Shiver and Jamie Shiver, and the other Defendants having been previously dismissed, Plaintiff and Defendant Shivers hereby stipulate that the above matter be dismissed with prejudice.

Approved:

BINGHAM, HURST & APODACA, P.C.

*/s/ Wayne E. Bingham*
Wayne E. Bingham
Counsel for Plaintiff
2420 Comanche NE, Ste. H-6
Albuquerque, NM 87107
Telephone: (505) 881-4545
wbingham@binghamhurst.com

LAW OFFICES OF TIBO J. CHAVEZ, JR.

*via e-mail 5/22/2020*
Tibo Chavez
Counsel for Defendants Shiver
P.O. Box 569
Belen, NM 87002
Telephone: (505) 864-4428
tchavezlaw@gmail.com